| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2012061300323001001EC59C |
|---|---|

### RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 5

**Document ID:** 2012061300323001  **Document Date:** 05-17-2012  **Preparation Date:** 06-13-2012
**Document Type:** DEED
**Document Page Count:** 4

| PRESENTER: | RETURN TO: |
|---|---|
| HOLD FOR PICK-UP-KAREN LEVINE<br>ADVANTAGE FORECLOSURE-FCL60749<br>410 NEW YORK AVENUE<br>HUNTINGTON, NY  11743<br>631-549-7721<br>mlasher@advantage-foreclosure.com | HOLD FOR PICK UP- KAREN LEVINE<br>BERKMAN, HENOCH, PETERSON & PEDDY & FENCHEL<br>100 GARDEN CITY PLAZA<br>GARDEN CITY, NY  11530<br>631-549-7721 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 4547 | 49 | Entire Lot | 901 PINE STREET |

**Property Type:** RELIGIOUS STRUCTURE

### CROSS REFERENCE DATA

CRFN_____ *or* Document ID_____ *or* _____ Year____ Reel ___ Page____ *or* File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| GREGORY T. CERCHIONE<br>C/O SUBIN & ASSOCIATES, 150 BROADWAY, 23RD FLOOR<br>NEW YORK, NY  10038 | EVANGELICAL CHRISTIAN CREDIT UNION<br>955 WEST IMPERIAL HIGHWAY<br>BREA, CA  92821 |

### FEES AND TAXES

| Mortgage | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | $ | 250.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $ | 2,382.00 |
| Spec (Additional): | $ 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| TASF: | $ 0.00 | **OF THE CITY REGISTER OF THE** | |
| MTA: | $ 0.00 | **CITY OF NEW YORK** | |
| NYCTA: | $ 0.00 | Recorded/Filed      06-28-2012 09:53 | |
| Additional MRT: | $ 0.00 | City Register File No.(CRFN): | |
| TOTAL: | $ 0.00 | 2012000255426 | |
| Recording Fee: | $ 57.00 | | |
| Affidavit Fee: | $ 0.00 | *City Register Official Signature* | |

M 297– Statutory Form F.
Referee's Deed in Foreclosure. 11-98.

DISTRIBUTED BY Blumberg Excelsior Inc.
NYC 10013

# This Deed

Made the ~~11th~~ day of ~~JUNE 2012~~ May 17th 2012

**Between**
GREGORY T. CERCHIONE, ESQ.
c/o SUBIN & ASSOCIATES, LLP
150 BROADWAY, 23RD FLOOR
NEW YORK, NEW YORK 10038

*Referee*

duly appointed in the action hereinafter mentioned, Grantor

**And**
EVANGELICAL CHRISTIAN CREDIT UNION
955 WEST IMPERIAL HIGHWAY
BREA, CALIFORNIA 92821

*Grantee:*

**Witnesseth**, that the Grantor, the Referee appointed in an action between

EVANGELICAL CHRISTIAN CREDIT UNION

*plaintiff(s),*

and

UNIVERSAL LOVE PEACE AND JOY CHURCH OF GOD, INC., BROOKLYN UNION GAS COMPANY, KEYSPAN ENERGY DELIVERY, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, NEW YORK CITY DEPARTMENT OF FINANCE

*defendant(s),*

*foreclosing a mortgage recorded on* MARCH 4, 2008 *in the office of the* CLERK *of the County of* KINGS *in liber* CRFN: 2008000107805 *of mortgages, at page*

*in pursuance of a judgment entered at a special term of the* SUPREME COURT OF THE STATE OF NEW YORK HELD IN AND FOR THE COUNTY OF KINGS

*on* AUGUST 22, 2011 *and in consideration of* $500.00

FIVE HUNDRED and 00/100 *Dollars paid by the Grantee,*

being the highest sum bid at the sale under said judgment does hereby grant and convey unto the Grantee, all the right, title and interest of the defendants UNIVERSAL LOVE PEACE AND JOY CHURCH OF GOD, INC.

*in and to*

PREMISES KNOWN AS 901 PINE STREET, BROOKLYN, NEW YORK, AND ALSO KNOWN AS BLOCK 4547, LOT 49, AS MORE FULLY DESCRIBED ON SCHEDULE "A" ANNEXED HERETO AND MADE A PART THEREOF.

## ADVANTAGE FORECLOSURE SERVICES, INC.

Title No. FCL-60749-09  (File No. N/A)

### SCHEDULE A
### DESCRIPTION

**Block 4547 and Lot 49**

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, designated on the Tax Map of the City of New York, for the Borough of Brooklyn, as said Tax Map was on June 25, 1951, as Section 14, Block 4547, Lots 49 and 50.

(Which is now known as Lot No. 49)

The above lot being more particularly bounded and described as follows:

BEGINNING at a point on the Easterly side of Pine Street, distant 260.00 feet Southerly from the corner formed by the intersection of the said Easterly side of Pine Street with the Southerly side of Wortman Avenue;

RUNNING THENCE Easterly, at right angles to the said Easterly side of Pine Street, 100.00 feet;

THENCE Southerly, parallel with the said Easterly side of Pine Street, 40.00 feet;

THENCE Westerly, again at right angles to the said Easterly side of Pine Street, 100.00 feet to a point on the Easterly side of Pine Street;

THENCE Northerly, along the said Easterly side of Pine Street, 40.00 feet to the point or place of BEGINNING.

**Premises known as 901 Pine Street, Brooklyn, New York**

**To have and to hold** *the premises herein granted unto the Grantee*

*and assigns forever.*

EVANGELICAL CHRISTIAN CREDIT UNION

*Whenever the text hereof requires, the singular number as used herein shall include the plural and all genders.*

**In Witness Whereof,** *the Grantor has hereunto set his hand and seal, the date first above written.*

_____ [L.S.]
Referee

**In Presence of:**

GREGORY T. CERCHIONE, ESQ.

State of New York } ss.: ACKNOWLEDGMENT RPL 309-a (Do not use outside New York State.)
County of NEW YORK

On JUNE 11, 2012 before me, personally appeared GREGORY T CERCHIONE ESQ (Referee) personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)



THERESA CARUSO
Notary Public, State of New York
No. 01CA6010794
Qualified in New York County
Commission Expires July 27, 2014

*Reserve this space for use of Recording Office.*

# Deed

REFEREE'S DEED IN FORECLOSURE

GREGORY T. CERCHIONE, ESQ.

TO

EVANGELICAL CHRISTIAN CREDIT UNION

Dated,

STATE OF NEW YORK

County of   KINGS   ss.

## Recorded on the

..........day of..........
   at..........o'clock..........M.
in Liber..........of Deeds
at Page..........and examined

CLERK

PLEASE RECORD AND RETURN TO:

BERKMAN, HENOCH, PETERSON,
PEDDY & FENCHEL, P.C.
100 GARDEN CITY PLAZA, 3RD FLOOR
GARDEN CITY, NEW YORK 11530

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2012061300323001001S0B1D |
|---|---|

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|
| Document ID: 2012061300323001    Document Date: 05-17-2012 | Preparation Date: 06-13-2012 |
| Document Type: DEED | |

**ASSOCIATED TAX FORM ID:** 2012050500008

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |

| FOR CITY USE ONLY | | REAL PROPERTY TRANSFER REPORT |
|---|---|---|
| C1. County Code | C2. Date Deed Recorded __/__/__ Month/Day/Year | STATE OF NEW YORK STATE BOARD OF REAL PROPERTY SERVICES |
| C3. Book OR C5. CRFN | C4. Page | **RP - 5217NYC** |

**PROPERTY INFORMATION**

1. **Property Location**: 901 PINE STREET | BROOKLYN | 11208
   STREET NUMBER / STREET NAME / BOROUGH / ZIP CODE

2. **Buyer Name**: EVANGELICAL CHRISTIAN CREDIT UNION
   LAST NAME / COMPANY / FIRST NAME

   **CITY REGISTER**

3. **Tax Billing Address**: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
   LAST NAME / COMPANY / FIRST NAME

   **JUN 15 2012**

   STREET NUMBER AND STREET NAME / CITY OR TOWN / STATE / ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: **1** # of Parcels OR ☐ Part of a Parcel
   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC

5. **Deed Property Size**: ____ X ____ OR ____
   FRONT FEET / DEPTH / ACRES

   Check the boxes below as they apply:
   6. Ownership Type is Condominium ☐
   7. New Construction on Vacant Land ☐

8. **Seller Name**: CERCHIONE | GREGORY T
   LAST NAME / COMPANY / FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A ☐ One Family Residential
   - B ☐ 2 or 3 Family Residential
   - C ☐ Residential Vacant Land
   - D ☐ Non-Residential Vacant Land
   - E ☐ Commercial
   - F ☐ Apartment
   - G ☐ Entertainment / Amusement
   - H ☑ Community Service
   - I ☐ Industrial
   - J ☐ Public Service

**SALE INFORMATION**

10. Sale Contract Date: 5 / 17 / 2012
11. Date of Sale / Transfer: 5 / 17 / 2012
12. Full Sale Price $ 5,0,0

    (Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale

14. Check one or more of these conditions as applicable to transfer:
    - A ☐ Sale Between Relatives or Former Relatives
    - B ☐ Sale Between Related Companies or Partners in Business
    - C ☐ One of the Buyers is also a Seller
    - D ☐ Buyer or Seller is Government Agency or Lending Institution
    - E ☑ Deed Type not Warranty or Bargain and Sale (Specify Below)
    - F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
    - G ☐ Significant Change in Property Between Taxable Status and Sale Dates
    - H ☐ Sale of Business is Included in Sale Price
    - I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
    - J ☐ None

**ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill**

15. Building Class: **M 1**
16. Total Assessed Value (of all parcels in transfer): 253,980

17. Borough, Block and Lot / Roll Identifier(s) (If more than three, attach sheet with additional Identifier(s))
    BROOKLYN 4547 49

201205050000820104

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. | | |
|---|---|---|---|
| [signature] BUYER | | BUYER'S ATTORNEY | |
| BUYER SIGNATURE | 5/18/12 | BERKMAN, HENOCH, | |
| | DATE | PETERSON, PEDDY & | FIRST NAME |
| 955 WEST IMPERIAL HIGHWAY | | FENCHEL, P.C. 516 222-6200 | |
| STREET NUMBER    STREET NAME (AFTER SALE) | | AREA CODE    TELEPHONE NUMBER | |
| BREA | | [signature] SELLER | 6/11/12 |
| CITY OR TOWN | CA    92821 | SELLER SIGNATURE | DATE |
| | STATE    ZIP CODE | | |

2012050500008201