At an I.A.S. Term Part of the Supreme Court of the State of New York held in and for the County of KINGS at the Courthouse thereof located at 360 Adams Street, Brooklyn, New York on the 19th day of October, 2012.

Present:
   Honorable   **SYLVIA G. ASH, J.S.C.**
                                                    Justice
-----------------------------------------------------------X
EVANGELICAL CHRISTIAN CREDIT UNION,                         INDEX NO.: 25137/09
                                Plaintiff,
        - against -                                         ORDER

UNIVERSAL LOVE PEACE AND JOY CHURCH OF
GOD, INC., BROOKLYN UNION GAS COMPANY,
KEYSPAN ENERGY DELIVERY, NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD, NEW YORK
STATE DEPARTMENT OF TAXATION AND FINANCE,
NEW YORK CITY DEPARTMENT OF FINANCE,

                                Defendants.
-----------------------------------------------------------X

   Plaintiff, EVANGELICAL CHRISTIAN CREDIT UNION, by its attorneys, BERKMAN, HENOCH, PETERSON, PEDDY & FENCHEL, P.C., having duly moved for an Order under section 221 of the Real Property Actions and Proceedings Law, and pursuant to the Judgment of Foreclosure and Sale entered in the Office of the Clerk of the County of KINDS on August 22, 2011, for an Order directing the Sheriff of KINGS County to put Plaintiff into possession of the subject premises, and upon reading and filing the Notice to Deliver Possession and Notice of Motion dated June 25, 2012, the affirmation of BRUCE J. BERGMAN dated June 25, 2012 in support thereof, and the Defendant having ~~defaulted in appearance~~ *not submitted opposition thereto*, and upon all the papers previously filed herein and all the proceedings previously had herein, and the motion having come on regularly to be heard on July 17, 2012;

   NOW, upon motion of BERKMAN, HENOCH, PETERSON, PEDDY & FENCHEL, P.C., attorneys for Plaintiff, it is

2013 JAN 29 AM 7:
KINGS COUNTY C...

Printed: 2/13/2013

ORDERED, that the motion be, and the same hereby is, in all respects granted; and it is further

ORDERED, that the Sheriff of KINGS County be and he hereby is ordered upon receipt of a certified copy of this Order to enter upon the premises hereinafter described, commonly known as **BLOCK 4547, LOT 49** and by street number **901 PINE STREET, BROOKLYN, NEW YORK**, and eject therefrom UNIVERSAL LOVE PEACE AND JOY CHURCH OF GOD, INC., and every person holding the same, or any part thereof, and adversely to Plaintiff, EVANGELICAL CHRISTIAN CREDIT UNION, and to put purchaser, EVANGELICAL CHRISTIAN CREDIT UNION into possession of the premises occupied by said Defendant, and any person or persons holding under them, and that this Order be executed by the Sheriff as though it were an execution for the delivery of possession of the premises.

The premises are described in Schedule "A" annexed hereto.

ENTER:

_____
SYLVIA G. ASH, J.S.C.

2013 JAN 29 AM 7:14

KINGS COUNTY CLERK
FILED